# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JECODY SPANN

NO. 2024 KW 0435

**JULY 29, 2024**

---

In Re: Jecody Spann, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-22-1653.

---

**BEFORE: CHUTZ, GREENE, AND STROMBERG, JJ.**

    **WRIT GRANTED** for the purpose of transferring to the district court for consideration as a motion to reconsider sentence.

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT